# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | **NOS. 12-486 and 11-251-1** |
| | : | |
| **NELSON RODRIGUEZ** | : | |

## ORDER

**AND NOW**, this 31st day of January 2022, upon considering Defendant's second Motion for compassionate release (ECF Doc. No. 84), the United States' Response (ECF Doc. No. 85), Defendant's Reply (ECF Doc. No. 86), and for reasons in an accompanying memorandum, it is **ORDERED** Defendant's Motion (ECF Doc. No. 84) is **DENIED.**


_____
**KEARNEY, J.**